# United States Court of Appeals for the Federal Circuit

---

**PT. KENERTEC POWER SYSTEM,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellee*

**WIND TOWER TRADE COALITION,**
*Defendant-Appellant*

---

2022-1408

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03687-JAR, Senior Judge Jane A. Restani.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered January 18, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 13, 2023  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court